AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Vanaskie, Thomas I | U.S.Dist.Ct. M.D. of PA | 05/15/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2006<br>to<br>12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| P.O. Box 913<br>Scranton, PA 18501 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 MAY 21 A 10: 07 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2006 | Greater Scranton YMCA |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Pennsylvania Bar Institute | March 6, 2006 - Philadelphia, PA - E-Discovery Seminar (Transportation) |
| 2. | New York Intellectual Property Law Association | March 24-25, 2006, New York, NY - Annual Dinner (Transportation, Lodging, Meals) |
| 3. | American Bar Association Law Practice Management Section | April 19-20, 2006, Chicago, IL - Teleshow 2006 (Transportation, Lodging, Meal) |
| 4. | National Center for State Courts | December 10-13, 2006, Las Vegas, NV - E-Filing Conference (Transportation, Lodging, Meals) |
| 5. | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Federal Supplement and F.R.D. | West Publishing Co. | $ 3000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

☐  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Sallie Mae (Formerly College Credit) | Loan for ▮ college education | J |
| 2. | Capital One | Credit Card | J |
| 3. | MBNA | Credit Card | None |
| 4. | Nelnet | Loan for ▮ college education | M |
| 5. | ACS | Loan for ▮ college education | L |
| 6. | Capital One | Personal Loan | J |
| 7. | Chase | Credit Card | K |
| 8. | American Express | Credit Card | J |
| 9. | Mohela | ▮ Loan for Post-Graduate Education | K |

| Name of Person Reporting | Date of Report |
|---|---|
| Vanaskie, Thomas I | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. IRA #1 | A | Int./Div. | K | T | | | | | |
| 2. -AIM Weingarten Mutual Fund | | | | | Sold | 1/9 | K | D | |
| 3. -Davis NY Venture Mutual Fund | | | | | Sold | 1/9 | K | D | |
| 4. -Jennison Utility Fund, Class A | | | | | Part. Sale | 2/7 | J | C | |
| 5. -Lord Abbett Affiliated Mutual Fund | | | | | Sold | 1/31 | J | B | |
| 6. -Gabelli Value Mutual Fund | | | | | Sold | 1/31 | J | B | |
| 7. -Janus Investment Worldwide Mutual Fund | | | | | Sold | 1/31 | J | B | |
| 8. -Robertson Stephens Inv. Trust - Emerging Growth Fund | | | | | Sold | 1/27 | J | B | |
| 9. -John Hancock Global Tech Fund | | | | | Sold | 1/31 | J | | |
| 10. -Nokia Common Stock | | | | | Sold | 1/27 | J | | |
| 11. -Vasomedical Common Stock | | | | | | | | | |
| 12. -Nuveen Preferred and Conv. Income Fund | | | | | Sold | 1/27 | J | A | |
| 13. -Evergreen Money Market Fund | | | | | Sold | 1/27 | J | A | |
| 14. -Wachovia Money Market Fund | | | | | Buy | 1/9 | J | | |
| 15. IRA #2 - Closed | | | | | | | | | |
| 16. Penn Security Bank Account | A | Interest | J | T | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vanaskie, Thomas I | 05/15/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII of the Report

All mutual funds and equity investments have automatic reinvestment features, with income from those funds and equities used to purchase additional shares. Consistent with reports for prior years, I have divided investment assets by IRA account. The assets in IRA account #2 were sold in 2005 and the funds withdrawn to pay for higher education expenses. IRA account #2 was closed in 2006. The gains on sale of mutual funds in IRA #1 are estimates. Because withdrawals from the IRA are treated as ordinary income, no effort has been made to calculate with precision the amount of capital gain or loss. It should be noted that losses were sustained on the items for which no gain code has been entered. The Wachovia Money Market Fund on line 14 is held within IRA #1. It is a cash sweep account with monies held in an interest-bearing deposit account.

In accordance with advice on p. 52 of the Filing Instructions, deposits into and withdrawals from money market funds have not been reported.

| Name of Person Reporting | Date of Report |
|---|---|
| Vanaskie, Thomas I | 05/15/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date _5-15-07_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544